FILED'10 FEB 11 7:41 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

JULIO GALINDO-MARTINEZ,

       Defendant.

Case No. 04-464 (BR)

ORDER

BROWN, Judge.

On August 14, 2006, this Court issued a Judgment imposing sentence on Defendant. The Judgment imposed, *inter alia*, a special assessment in the amount of $100.00. To date, Defendant has not satisfied this term of the Judgment.

On February 8, 2010, Defendant, acting under the alias "William Ernesto Linares-Escobar" filed a document entitled "Actual and Constructive Notice and Processing Instructions." Attached to the document are various forms which Defendant

1 - ORDER -

states are "tendered for full satisfaction and settlement of the charged Special Assessment Fee." Although the documents submitted by Defendant are largely incomprehensible, it is apparent Defendant filed them in an attempt to avoid actual payment of the $100 special assessment.

Defendant's effort is to no avail. The $100.00 special assessment remains a valid condition of the sentence imposed by the Court's August 14, 2006, Judgment. The $100.00 special assessment remains due and owing, and may be satisfied only by actual payment in United States currency.

IT IS SO ORDERED.

DATED this 10th day of February, 2010.

_____
ANNA J. BROWN
United States District Judge